**Opinion issued February 11, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-12-00542-CV

_____

### RICHARD ROSE, Appellant

### V.

### MARK COLLINS, TARIK DEMBY, LORNA DURANT, TRACEY HELMS, ROY CULBERSON, TANGELA LARKIN, PERCY LARKIN, AND LINDA LARKIN, Appellees

On Appeal from the 295th District Court
Harris County, Texas
Trial Court Case No. 2006-32092

## MEMORANDUM OPINION

Appellant, Richard Rose, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did

not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Brown.